UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

NOT FOR PUBLICATION

ROY WHITELOCK

                           Plaintiff,

            - versus -

KONDAUR CAPITAL CORPORATION., et al,

                           Defendant.

ORDER
12-CV-6286 (JG)

JOHN GLEESON, United States District Judge:

       Roy Whitelock brings the instant *pro se* complaint seeking injunctive and declaratory relief preventing Kondaur Capital Corporation from seeking payment on his properties.

       On January 29, 2013, I held a premotion conference, at which Whitelock did not appear. Instead, he sent his "power of attorney," Mr. D.M. Johnson. Whitelock was informed through Mr. Johnson that he could not send a power of attorney, and that he was to appear in court *pro se* or through counsel.

       On February 21, 2013, I held another premotion conference, at which Whitelock again did not appear. After the time of the scheduled conference, Mr. Johnson arrived, hoping to appear on Whitelock's behalf. I issued an order directing Whitelock to show cause by March 1, 2013 why his case should not be dismissed for lack of prosecution and informing him that failure to respond to the order would result in the dismissal of his case.

       Having received no response from Whitelock, his case is dismissed.

       So ordered.

       John Gleeson, U.S.D.J.

Dated: March 12, 2013
       Brooklyn, New York